UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JONATHAN ALLAN MICHAEL, ) | CASE NO. 4:09CV321 |
| ) | |
| Plaintiff, ) | JUDGE JOHN R. ADAMS |
| ) | |
| -vs- ) | |
| ) | MEMORANDUM OF OPINION |
| COMMISSIONER ) | AND ORDER |
| OF SOCIAL SECURITY ) | |
| ) | |
| Defendant. ) | |

The Social Security Administration denied Plaintiff's application for disability insurance benefits under Title III of the Social Security Act and supplement security income under Title XVI of the Act in the above-captioned case.  Plaintiff sought judicial review of the Commissioner's decision, and this Court referred the case to Magistrate Judge Kenneth McHargh for preparation of a report and recommendation pursuant to 28 U.S.C. § 636 and Local Rules 72.2(b)(1).  The Magistrate Judge submitted a report and recommendation (Doc. 19) recommending that the Court affirm the Commissioner's decision .

Fed. R. Civ. P. 72(b) provides that the parties may object to a report and recommendation within fourteen (14) days after service. The Report was filed on June 28, 2010, and no objections have been lodged.  Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984); *Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the report and recommendation of the Magistrate Judge is hereby adopted. The Commissioner's decision denying Michael benefits is AFFIRMED.

IT IS SO ORDERED.


Dated: July 20, 2010 /s/ John R. Adams
JUDGE JOHN R. ADAMS
UNITED STATES DISTRICT COURT